01-00543
J. Lisi
USDC-RIPR

# United States Court of Appeals

## For the First Circuit

No. 04-1841

STEPHEN P. MEDEIROS,

MANDATE

Plaintiff, Appellant,

v.

FREDERICK J. VINCENT, INTERIM DIRECTOR OF THE RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, AND ATLANTIC STATES MARINE FISHERIES COMMISSION,

Defendants, Appellees,

and

UNITED STATES OF AMERICA,

Intervenor, Appellee.

**JUDGMENT**

Entered: December 12, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/5/06

**By the Court:**
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Caron, Mr. Tierney, Mr. Powers, Mr. Benik, Mr. Lenzini & Mr. Smith.]